IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT WILLIAMS,

        Plaintiff,                      No. CIV S-10-0888 EFB P

     vs.

C. FERGUSON, et al.,

        Defendants.         <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 5, 2011, the court directed plaintiff to submit seven copies of the April 14, 2010, endorsed complaint, as well as, 6 completed USM-285 forms, for the U. S. Marshal to serve defendants Ferguson, Burris, Ballesteros, McCulley, Newton, and Pavilioglo. Plaintiff did not submit any of the copies of the complaint and substituted Fecht and Cowgill in place of Newton and Pavilioglo on the USM-285 forms. He has failed to comply with the order.

     It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the January 5, 2011, order, or to submit seven copies of his complaint and the properly completed USM-285 forms to effect service on defendants Newton and Pavilioglo. Failure to comply with this order will result in this action being dismissed.

////

1 | The Clerk of the Court is directed to send to plaintiff one copy of the April 14, 2010, pleading
2 | and two blank USM-285 forms.
3 | DATED: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT WILLIAMS,

      Plaintiff,               No. CIV S-10-088 EFB P

      vs.

C. FERGUSON, et al.,

      Defendants.        <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                           /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u> 2 </u>        completed forms USM-285

        <u> 7 </u>        copies of the <u> April 14, 2010 </u>
                                      Complaint

Dated:

                                               Plaintiff

3