IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT WILLIAMS,

        Plaintiff,                    No. CIV S-10-0888 EFB P

    vs.

C. FERGUSON, et al.,

        Defendants.           ORDER

                             /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  By order filed January 5, 2011, the court found that plaintiff had stated cognizable claims against defendants Ballesteros, Burris, Ferguson, McCulley, Newton, and Pavilioglo and informed plaintiff that he could proceed against those defendants or file an amended complaint to attempt to state additional cognizable claims against defendants Fecht and Cowgill.  The court also informed plaintiff that it would consider plaintiff's decision to proceed only against defendants Ballesteros, Burris, Ferguson, McCulley, Newton, and Pavilioglo as consent to the dismissal of his claims against defendants Fecht and Cowgill.  On January 21, 2011 and February 11, 2011, plaintiff returned documents for service against defendants Ballesteros, Burris, Ferguson, McCulley, Newton, and Pavilioglo, electing not to file an amended complaint to attempt to state cognizable claims against defendants Fecht and Cowgill.

Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendants Fecht and Cowgill are dismissed without prejudice.

Dated: March 16, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE