1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAMONT WILLIAMS,

11              Plaintiff,                No. CIV S-10-0888 EFB P

12       vs.

13   C. FERGUSON, et al.,

14              Defendants.               ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.   He requests an extension of time to file and serve a response to defendants' May

18   3, 2011, motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

19       Plaintiff's June 2, 2011, request is granted and plaintiff shall have up to and including

20   July 3, 2011 to file and serve a response to defendants' motion to dismiss.

21       So ordered.

22   DATED:  June 16, 2011.

23                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26